Anthony RANDOLPH, Plaintiff—
Appellant,

v.

John HOGE, Defendant—Appellee.

No. 05–55054.

D.C. No. CV–02–09347–DSF.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 1, 2005.*

Decided Aug. 5, 2005.

Anthony Randolph, Soledad, CA, pro se.

Julie A. Bachman, Office of the California Attorney General, Los Angeles, CA, for Defendant-Appellee.

Before O'SCANNLAIN, CALLAHAN, and BEA, Circuit Judges.

MEMORANDUM**

California state prisoner Anthony Randolph appeals pro se the district court's summary judgment in favor of prison correctional counselor John Hoge. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Delta Sav. Bank v. United States,* 265 F.3d 1017, 1021 (9th Cir.2001), and we affirm.

Randolph's retaliation claim fails because he did not submit evidence raising a genuine issue of material fact as to whether Hoge's recommendation that Randolph be reclassified to a "Close B" custody status did not reasonably advance a legitimate penological purpose. *See Rhodes v. Robinson,* 408 F.3d 559, 567–68 (9th Cir. 2005) (internal citations omitted).

Similarly, Randolph failed to submit any evidence raising a genuine issue of material fact as to whether Hoge personally participated in the ultimate decision to not give Randolph an "override" allowing him to remain at Ironwood State Prison. *See id.*

We decline to consider contentions raised for the first time in Randolph's reply brief. *See Pfingston v. Ronan Eng'g Co.,* 284 F.3d 999, 1003–04 (9th Cir.2002).

**AFFIRMED.**

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.